MARK D. MILLER  116349
JEREMY D. CLAR  234238
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiff
RESOURCE LENDERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| RESOURCE LENDERS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE SOLUTIONS, INC., a Nevada corporation,<br><br>Defendant. | **Case No.  CIV-F 05-0999 OWW LJO**<br><br>**ORDER HOLDING DEFENDANT SOURCE SOLUTIONS, INC. IN CONTEMPT FOR VIOLATING PRELIMINARY INJUNCTION**<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Date: Feb. 15, 2006<br>Time: 9:30 a.m.<br>Ctrm. 3 (Wanger)<br><br>Action Filed: Aug. 3, 2005<br>Trial Date:    TBD |

Pursuant to a Notice served electronically on February 2, 2006, defendant Source Solutions, Inc. was ordered to appear on February 8, 2006, and show cause why said defendant should not be held in contempt for violation of the preliminary injunction issued by this Court on January 5, 2006. The continued hearing took place at 9:30 a.m. on February 15, 2006. Plaintiff appeared by its counsel Mark D. Miller, of Kimble, MacMichael & Upton, and defendant appeared by its new counsel Paul C. Franco, of Caswell, Bell and Hillison **with defendant's vice-president, Naazim A. Hamed. (OWW)**

Evidence having been received and considered, and the matter having been argued and submitted, the court makes the following findings supported by clear and convincing evidence:

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

PDF created with pdfFactory trial version www.pdffactory.com

///

## FINDINGS

1. On January 5, 2006, this court issued a preliminary injunction in the form attached hereto as **exhibit A** and incorporated herein by this reference (the Preliminary Injunction). The Preliminary Injunction was served electronically on January 5, 2006, and served personally on defendant Source Solutions, Inc. on January 17, 2006.

2. The Preliminary Injunction states that "defendant Source Solutions, Inc. and its agents, servants, employees, and representatives, and all persons acting in concert or participating with it, are hereby restrained and enjoined from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, any use of the designations "RESource" or "R.E.Source" or "R.E.*Source" (where the * is a house or other logo), for any advertising or commercial use of those terms in connection with the real estate loan business."

3. As of February 14, 2006, despite the service of the Preliminary Injunction and the demands of plaintiff Resource Lenders, Inc., defendant Source Solutions, Inc. has done the following, as set forth in the papers field by plaintiff on January 23, 2006, and the supplemental papers filed on February 6, 2006:

   a. Defendant Source Solutions, Inc. has maintained outdoor business signs at its business office at 7433 N. First St., Fresno, California prominently displaying the designation "R. E. * Source" (where the * is a house logo) and "R.E. Source";

   b. Defendant Source Solutions, Inc. has failed to notify the telephone company to change defendant's listings in the telephone directory currently listed under "RE Source" and "R E Source" (559-448-0680 and 559-440-0744);

   c. Defendant Source Solutions, Inc. and its agents have actively advertised the real estate loan business using the designation "R. E. * Source" (where the * is a house logo) on business cards and flyers made available at the "Homes Day 2006" event on February 4, 2006;

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2

Order Holding Defendant Source Solutions, Inc. In Contempt For Violating Preliminary Injunction Temporary Restraining Order and Order to Show Cause

PDF created with pdfFactory trial version www.pdffactory.com

1        d.    Defendant Source Solutions, Inc. has maintained two websites using the designation "RESource Real Estate Mortgage" at www.resourcereandcruit.com and www.resourceontheweb.com;

      e.    At least one of defendant's agents has maintained laminate signage on his/her vehicle displaying the name "R.E. * Source Redefining Real Estate".

4.    Each of the above actions 3(a) – 3(e) are in violation of the Preliminary Injunction.

5.    Exhibit "B" to the declaration of J.C. Wren, president of defendant Source Solutions, Inc., filed on February 13, 2006, shows that instructions were given to "make every effort to distribute all Marketing materials in your possession at this time" in express violation of the Preliminary Injunction.

6.    The court hereby finds that the above actions by defendant Source Solutions, Inc. are willful and intentional violations of the Preliminary Injunction; that the Preliminary Injunction was a valid and subsisting order of the court; that defendant Source Solutions, Inc. had knowledge of the Preliminary Injunction through electronic and personal service thereof; and that defendant Source Solutions, Inc. has failed to comply with the Preliminary Injunction and is therefore guilty of contempt.

Based upon the above findings, and good cause appearing therefor:

**CONTEMPT ORDER**

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Defendant Source Solutions, Inc., is guilty of contempt of court for violation of the preliminary injunction issued by this court on January 5, 2006, for its continued advertising and commercial use of the designations "RESource", "R.E.Source" or "R.E.*Source" (where the * is a house or other logo) for advertising and commercial use of those terms in connection with the real estate loan business in contravention of the preliminary injunction.

IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that Defendant Source Solutions, Inc., defendant herein, is to be punished for the foregoing contempt as follows:

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

3

Order Holding Defendant Source Solutions, Inc. In Contempt For Violating Preliminary Injunction Temporary Restraining Order and Order to Show Cause

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant Source Solutions, Inc., is ordered to pay a monetary fine in the amount of Ten
2  Thousand Dollars ($10,000.00) payable to plaintiff Resource Lenders, Inc. no later than February
3  25, 2006. This fine may be purged if defendant Source Solutions, Inc. performs each of the items
4  required to be performed by February 20, 2006 as set forth below:

5  1.  No later than 5:00 p.m., Monday, February 20, 2006, Defendant Source Solutions
6  Inc., is ordered to cover or remove all outdoor business signs and displays bearing the
7  designations "RESource" or "R.E.Source" or "R.E.*Source" (where the * is a house or other
8  logo) from the 7433 N. First St., Fresno, California address, and from every other of its business
9  addresses;

10  2.  No later than 5:00 p.m., Monday, February 20, 2006, Defendant Source Solutions,
11  Inc., is ordered to recall and remove from circulation any and all business cards of any of its
12  owners, agents, servants and/or employees bearing the designations "RESource" or "R.E.Source"
13  or "R.E.*Source" (where the * is a house or other logo);

14  3.  No later than 5:00 p.m., Monday, February 20, 2006, Defendant Source Solutions,
15  Inc., is ordered to recall and remove from circulation any and all business signs of any of its
16  owners, agents, servants and/or employees bearing the designations "RESource" or "R.E.Source"
17  or "R.E.*Source" (where the * is a house or other logo);

18  4.  No later than 5:00 p.m., Monday, February 20, 2006, Defendant Source Solutions,
19  Inc., is ordered to discontinue and remove from circulation any and all stationery, letterhead,
20  office forms, flyers or other literature of any of its owners, agents, servants and/or employees
21  bearing the designations "RESource" or "R.E.Source" or "R.E.*Source" (where the * is a house
22  or other logo);

23  5.  As of March ___, 2006, defendant Source Solutions, Inc. shall change its business
24  name so as not to use the name "resource" or a derivative of the word "resource" which
25  associates that term with real estate loans; shall change both of its telephone numbers in the new
26  yellow pages; and shall not answer the telephone using the words "R-E-Source" or "resource."

27
28

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

Order Holding Defendant Source Solutions, Inc. In Contempt For Violating Preliminary Injunction
Temporary Restraining Order and Order to Show Cause

PDF created with pdfFactory trial version www.pdffactory.com

1        6.      Effective **July 21, 2006**, defendant Source Solutions, Inc. is ordered to disconnect
2 both of the telephone numbers 559-448-0680 and 559-440-0744 whereupon it will list a new
3 business name and number(s).

4        7.      No later than 5:00 p.m., Monday, February 20, 2006, Defendant Source Solutions,
5 Inc., is ordered to remove the designations "RESource" or "R.E.Source" or "R.E.*Source"
6 (where the * is a house or other logo) from its two web sites, or shut down the web sites.

7     Should Defendant Source Solutions, Inc., fail to comply with the above actions due by
8 February 20, 2006, the clerk shall issue a writ authorizing the U.S. Marshall to (a) seize and hold
9 any of defendant's articles bearing any of the designations "RESource" or "R.E.Source" or
10 "R.E.*Source" (where the * is a house or other logo), and (b) to cover or remove any of
11 defendant's business signs bearing any of the designations "RESource" or "R.E.Source" or
12 "R.E.*Source" (where the * is a house or other logo).

13     Defendant Source Solutions, Inc. is ordered to pay a further monetary fine of Five
14 Hundred Dollars ($500.00) per day for every subsequent day after February 20, 2006, that
15 Defendant fails to comply with any of items 1-4 and/or 7 above.

16

17           **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

18     IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that defendant Source
19 Solutions, Inc. and its agents, servants, employees, and representatives, and all persons acting in
20 concert or participating with it, are hereby temporarily restrained and enjoined from engaging in,
21 committing, or performing, directly or indirectly, by any means whatsoever, any use of the
22 designation "Real Estate Source" for any advertising or commercial use of that term in
23 connection with the real estate loan business; and defendant shall show cause, if any there is, on
24 February 24, 2006, at 9:30 a.m. in courtroom 3 of this court, why defendant Source Solutions,
25 Inc. and its agents, servants, employees, and representatives, and all persons acting in concert or
26 participating with it should not be preliminarily enjoined, pending final judgment in this case
27 from engaging in, committing, or performing, directly or indirectly, by any means whatsoever,
28

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

PDF created with pdfFactory trial version www.pdffactory.com

any use of the designation "Real Estate Source" for any advertising or commercial use of that term in connection with the real estate loan business.

Defendant Source Solutions, Inc. shall file any papers in connection with said show cause hearing no later than 5:00 p.m. on Wednesday, February 22, 2006; plaintiff Resource Lenders may file a reply no longer than five pages in length no later than 3:00 p.m. Thursday, February 23, 2006.

///

IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that the determination of the amount to be paid by defendant Source Solutions, Inc. to plaintiff Resource Lenders, Inc. as reasonable attorney fees and costs incurred by plaintiff Resource Lenders, Inc. to enforce the injunction shall also determined at the show cause hearing on February 24, 2006.

Ordered this 15th day of February 2006_____ at _1:30____ _p. m.

/s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
United States District Court Judge

1004301.contempt.order.2

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

6
Order Holding Defendant Source Solutions, Inc. In Contempt For Violating Preliminary Injunction Temporary Restraining Order and Order to Show Cause

PDF created with pdfFactory trial version www.pdffactory.com