1  Paul C. Franco (SBN 203899)
   CASWELL, BELL & HILLISON LLP
2  5200 North Palm Avenue, Suite 211
   Fresno, California  93704
3  Telephone:  (559) 225-6550
   Facsimile:  (559) 225-7912
4
   Attorneys for Defendant SOURCE SOLUTIONS, INC.
5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10                              * * *

11 RESOURCE LENDERS, INC. A            )
   California corporation,             )   Case No. CIV-F 05-0999 OWW LJO
12                                     )
                                       )   SUBSTITUTION OF ATTORNEYS AND
13                         Plaintiff,  )   ORDER
                                       )
14 SOURCE SOLUTIONS, INC., a Nevada    )   Action Filed: Aug. 3, 2005
   corporation,                        )
15                                     )
                         Defendants    )
16 _____ )

17

18     Defendant SOURCE SOLUTIONS, INC., hereby substitutes the law firm of Caswell, Bell &

19 Hillison LLP as its attorneys of record in place of the law firm of The Adams Law Office.  The

20 address and telephone number of the new attorneys of record are:

21          Caswell Bell & Hillison LLP
            5200 N. Palm Avenue, Suite 211
22          Fresno, California 93704
            Telephone:  (559) 225-6550
23
       The undersigned consents to this substitution.
24
   Dated:   January 31, 2006           SOURCE SOLUTIONS, INC.
25

26                                     By:   /s/  JC Wren
                                             JC Wren, President
27

28
                                        1
   _____
                            Substitution of Attorney

1  The undersigned consents to this substitution.

2  Dated:   January 27, 2006                    ADAMS LAW OFFICE

3
                                                By:    /s/ Sharon J. Adams
4                                                      Sharon J. Adams

5

6  The undersigned accepts this substitution.

7  Dated:   January 31, 2006                    CASWELL BELL & HILLISON LLP

8
                                                By:    /s/ Paul C. Franco
9                                                      Paul C. Franco

10

11
                                     **O R D E R**
12

13
   **IT IS SO ORDERED.**
14

15
   Dated: Feb. 16, 2006                         /s/ OLIVER W. WANGER
16                                              Hon. Oliver W. Wanger, United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

1
_____
Substitution of Attorney