1 | MARK D. MILLER  116349
  | JEREMY D. CLAR  234238
2 | KIMBLE, MacMICHAEL & UPTON
  | A Professional Corporation
3 | 5260 North Palm Avenue, Suite 221
  | Post Office Box 9489
4 | Fresno, California  93792-9489
  | Telephone:  (559) 435-5500
5 | Facsimile:  (559) 435-1500
6 | Attorneys for Plaintiff
  | RESOURCE LENDERS, INC.



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| RESOURCE LENDERS, INC., a California corporation, | Case No.  CIV-F 05-0999 OWW LJO |
|---|---|
| Plaintiff, | **SANCTION ORDER FOR VIOLATIONS OF PRELIMINARY INJUNCTION** |
| v. | Date: May 1, 2006 |
| SOURCE SOLUTIONS, INC., a Nevada corporation, | Time: 10:00 a.m.<br>Ctrm. 3 (Wanger) |
| Defendant. | Action Filed: Aug. 3, 2005 |
| | Trial Date:   TBD |

The hearing on the motion for sanctions of plaintiff Resource Lenders, Inc. ("Resource Lenders") against defendant Source Solutions, Inc. ("Source Solutions") came on regularly for hearing before the honorable Oliver W. Wanger on May 1, 2006. Mark D. Miller appeared for plaintiff Resource Lenders, and Paul C. Franco appeared for defendant Source Solutions.

Evidence having been received and considered, and the matter having been argued and submitted, the court makes the following findings that are supported by clear and convincing evidence:

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

1

SANCTION ORDER FOR VIOLATIONS OF PRELIMINARY INJUNCTION

## FINDINGS

1. On February 24, 2006, this court rendered an order in open court that was entered in writing on March 6, 2006, ordering defendant Source Solutions to pay a monetary fine in the amount of Ten Thousand Dollars ($10,000.00) to plaintiff Resource Lenders, Inc. no later than February 28, 2006, but that said fine could be purged if defendant Source Solutions, Inc. fully complied with a February 15, 2006 Contempt Order by 5:00 p.m. Tuesday, February 28, 2006.

2. Defendant Source Solutions failed to comply with the February 15, 2006 Contempt Order as of the February 28, 2006 deadline in that after the deadline, defendant Source Solutions:

   a. continued to maintain business signs (yard signs) using the prohibited "R.E. Source" designation;

   b. continued to maintain web sites using the prohibited "R.E. Source" designation; and

   c. continued to circulate business cards using the prohibited "R.E. Source" designation.

Based upon the above findings, and good cause appearing therefor:

## ORDER

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Defendant Source Solutions, Inc. is in violation of the February 15, 2006 Contempt Order and the March 6, 2006 contempt order, for its continued advertising and commercial use of the designations "RESource", "R.E.Source" or "R.E.*Source" (where the * is a house or other logo) for advertising and commercial use of those terms in connection with the real estate loan business in contravention of the preliminary injunction after 5:00 p.m. Tuesday, February 28, 2006.

IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that Defendant Source Solutions, Inc. must fully comply with the preliminary injunction and the above contempt orders by May 16, 2006, or face further sanctions by the court.

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
SANCTION ORDER FOR VIOLATIONS OF PRELIMINARY INJUNCTION

IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that Defendant Source Solutions, Inc. is ordered to pay a monetary fine in the amount of Ten Thousand Dollars ($10,000.00) payable to plaintiff Resource Lenders, Inc. no later than May 16, 2006.

IT IS ALSO ADJUDGED, ORDERED, AND DECREED that defendant Source Solutions, Inc. shall pay the amount of Two Thousand Five Hundred Dollars ($2,500.00) to the law firm of Kimble, MacMichael & Upton representing attorney fees for the motion for sanctions no later than May 16, 2006.

Ordered this 15th day of May 2006 at 4:15 p.m.

_____
HON. OLIVER W. WANGER
United States District Court Judge

1004301.sanction.order.1

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

3
SANCTION ORDER FOR VIOLATIONS OF PRELIMINARY INJUNCTION