MARK D. MILLER  116349
JEREMY D. CLAR  234238
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:  (559) 435-1500

Attorneys for Plaintiff
RESOURCE LENDERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| RESOURCE LENDERS, INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>SOURCE SOLUTIONS, INC., a Nevada corporation,<br><br>              Defendant. | **Case No.  CIV-F 05-0999 OWW LJO**<br><br>**SANCTION ORDER FOR VIOLATION OF PRIOR COURT ORDER**<br><br>Date: October 30, 2006<br>Time: 10:00 a.m.<br>Ctrm. 3 (Wanger)<br><br>Action Filed: Aug. 3, 2005<br><br>Trial Date:    TBD |

The hearing on the motion for sanctions of plaintiff Resource Lenders, Inc. ("Resource Lenders") against defendant Source Solutions, Inc. ("Source Solutions") came on regularly for hearing before the honorable Oliver W. Wanger on October 30, 2006. Mark D. Miller appeared for plaintiff Resource Lenders, and Paul C. Franco appeared for defendant Source Solutions.

Evidence having been received and considered, and the matter having been argued and submitted, the court makes the following findings that are supported by clear and convincing evidence:

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

1
SANCTION ORDER FOR VIOLATION OF PRIOR COURT ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**FINDINGS**

1. On February 15, 2006, this court entered an Order Holding Defendant Source Solutions, Inc. in Contempt for Violating Preliminary Injunction (the Contempt Order), which provided in pertinent part, that "[e]ffective July 21, 2006, defendant Source Solutions, Inc. is ordered to disconnect both of the telephone numbers 559-448-0680 and 559-440-0744 whereupon it will list a new business name and number(s)."

2. Defendant Source Solutions has failed to comply with the February 15, 2006 Contempt Order having failed to disconnect either of the designated telephone numbers.

Based upon the above findings, and good cause appearing therefor:

**ORDER**

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Defendant Source Solutions, Inc. is in violation of the February 15, 2006 Contempt Order for its failure to disconnect both of the telephone numbers 559-448-0680 and 559-440-0744.

IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that Defendant Source Solutions, Inc. is ordered to pay a monetary fine in the amount of Two Thousand Five Hundred Dollars ($2,500.00) payable to plaintiff Resource Lenders, Inc. no later than 11/30/2006.

IT IS ALSO ADJUDGED, ORDERED, AND DECREED that defendant Source Solutions, Inc. shall pay the amount of $2978.25 to the law firm of Kimble, MacMichael & Upton representing attorney fees for the motion for sanctions no later than the same date that the above monetary fine is due.

IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that a separate Order shall be issued to the provider(s) of the above-referenced telephone numbers ordering that they be disconnected without any link, direction or referral of any kind to any other telephone number.

Ordered this _1st day of November_ at 11:00 a. m.

/s/ Oliver W. Wanger
HON. OLIVER W. WANGER
United States District Court Judge

1004301.sanction.order2.1

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
SANCTION ORDER FOR VIOLATION OF PRIOR COURT ORDER

PDF created with pdfFactory trial version www.pdffactory.com