MARK D. MILLER  116349
JEREMY D. CLAR 234238
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiff
RESOURCE LENDERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| RESOURCE LENDERS, INC., a California corporation, | Case No.  CIV-F 05-0999 OWW LJO |
| Plaintiff, | **ORDER FOR DISCONNECTION OF TELEPHONE NUMBERS** |
| v. | Date: October 30, 2006<br>Time: 10:00 a.m. |
| SOURCE SOLUTIONS, INC., a Nevada corporation, | Ctrm. 3 (Wanger) |
| Defendant. | Action Filed: Aug. 3, 2005 |
| | Trial Date:    TBD |

TO: defendant Source Solutions, Inc. ("Source Solutions") and to any and all providers of telephone services to Source Solutions ("Providers"):

Defendant Source Solutions has been found in contempt for violation of a court order requiring that it disconnect the telephone numbers 559-448-0680 and 559-440-0744. In view of the failure of Source Solutions to comply with said disconnection order, and good cause appearing therefor:

///

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1

ORDER FOR DISCONNECTION OF TELEPHONE NUMBERS

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

PROVIDER(S) ARE HEREBY ORDERED to immediately disconnect and terminate all service to the two telephone numbers: 559-448-0680 and 559-440-0744, without any link, direction or referral of any kind to any other telephone number.

PROVIDER(S) ARE FURTHER ORDERED to confirm the completion of said disconnections to the attorneys for the parties at the following addresses:

Paul C. Franco
Caswell Bell & Hillison, LLP
5200 N. Palm Ave. Ste. 211
Fresno, California  93704
(559) 225-6550
Attorney for defendant Source Solutions

Mark D. Miller
Kimble, MacMichael & Upton
5260 N. Palm Ave., Ste. 221
Fresno, California 93704
(559) 435-5500
Attorney for plaintiff Resource Lenders, Inc.

Ordered this _1st  day of __November_ at 10:00 a. m.

/s/ Oliver W. Wanger
HON. OLIVER W. WANGER
United States District Court Judge

1004301.provider.order.1

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

2

ORDER FOR DISCONNECTION OF TELEPHONE NUMBERS

PDF created with pdfFactory trial version www.pdffactory.com