MARK D. MILLER  116349
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiff
RESOURCE LENDERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| RESOURCE LENDERS, INC., a California corporation, | Case No.  CIV-F 05-0999 OWW LJO |
| Plaintiff, | **STIPULATION AND ORDER RE: PERMANENT INJUNCTION AND JUDGMENT ON CONSENT** |
| v. | |
| SOURCE SOLUTIONS, INC., a Nevada corporation, | Action Filed: Aug. 3, 2005 |
| Defendant. | Trial Date:     TBD |

WHEREAS, this action for service mark infringement and other claims was commenced on August 3, 2005;

WHEREAS, a motion for preliminary injunction was filed by plaintiff RESOURCE LENDERS, INC., and on January 5, 2006, a preliminary injunction was entered in favor of plaintiff and against defendant SOURCE SOLUTIONS, INC., following the court's memorandum decision dated December 13, 2005, both of which are incorporated herein by this reference;

///

///

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1

STIPULATION AND ORDER RE: PERMANENT INJUNCTION AND JUDGMENT ON CONSENT

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the preliminary injunction provided in pertinent part that: "defendant Source
2  Solutions, Inc. and its agents, servants, employees, and representatives, and all persons acting in
3  concert or participating with it, are hereby restrained and enjoined from engaging in, committing,
4  or performing, directly or indirectly, by any means whatsoever, any use of the designations
5  "RESource" or "R.E.Source" or "R.E.*Source" (where the * is a house or other logo), for any
6  advertising or commercial use of those terms in connection with the real estate loan business."

7  WHEREAS, the court entered a further order on March 6, 2006, which provided in part
8  that: "defendant Source Solutions, Inc. and its agents, servants, employees, and representatives,
9  and all persons acting in concert or participating with it, are hereby restrained and enjoined,
10 pending further order or final judgment in this case, from engaging in, committing, or
11 performing, directly or indirectly, by any means whatsoever, any use of the designation "Real
12 Estate Source" or any colorable combination of these words, for any advertising or commercial
13 use of that term in connection with the real estate loan business. Said preliminary injunction shall
14 be effective immediately, supported by the $5,000 bond already on file herein."

15 WHEREAS, the court entered a further order on March 6, 2006, which provided in part
16 that: "defendant Source Solutions, Inc. and its agents, servants, employees, and representatives
17 are authorized to use the designation "Real Estate Solutions" (with or without the house logo) for
18 any advertising or commercial use of that term in connection with the real estate loan business."

19 WHEREAS, defendant SOURCE SOLUTIONS, INC., has changed its business name to
20 "R.E. Solutions;"

21 WHEREAS, the parties desire to bring this matter to a conclusion.

22 NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between plaintiff
23 RESOURCE LENDERS, INC. and defendant SOURCE SOLUTIONS, INC., through their
24 respective counsel, as follows:

25 1.  That the January 5, 2006 preliminary injunction entered in this matter be
26 converted to a permanent injunction;

27 2.  That all injunctive and other orders entered in this matter be and are hereby
28 incorporated into and made a part of said permanent injunction;

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION AND ORDER RE: PERMANENT INJUNCTION AND JUDGMENT ON CONSENT

PDF created with pdfFactory trial version www.pdffactory.com

3. That judgment be entered in favor of plaintiff and against defendant in the form attached hereto as exhibit A and incorporated herein by this reference, with each side bearing its own costs and attorney fees incurred thus far in this action;

4. That plaintiff hereby waives the monetary fines and attorney fees totaling $5,478.25 otherwise due from defendant on November 30, 2006;

5. That the $5,000 bond posted by plaintiff be released;

6. That the court retain jurisdiction to enforce this stipulation, the judgment and permanent injunction.

Dated: ____12/4_____, 2006       KIMBLE, MacMICHAEL & UPTON
                                  A Professional Corporation

                                  By _____/Mark D. Miller/___
                                        MARK D. MILLER
                                        Attorneys for Plaintiff
                                        RESOURCE LENDERS, INC.

Dated: _____12/4____, 2006        RESOURCE LENDERS, INC.

                                  By _____/Richard Barnes/____
                                        RICHARD BARNES, President

Dated: _____12/1____, 2006        CASWEL BELL & HILLISON, LLP

                                  By _____/Paul R. Franco/____
                                        PAUL R. FRANCO
                                        Attorneys for Defendant
                                        SOURCE SOLUTIONS, INC.

Dated: _____12/1____, 2006        SOURCE SOLUTIONS, INC.

                                  By _____/Jerome C. Wren/
                                        JEROME C. WREN, President

**ORDER**

It is so ordered.

Dated: __December 5, 2006

                                  /s/ OLIVER W. WANGER
                                        HON. OLIVER W. WANGER
                                        United States District Court Judge

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1004301.stip.perm.inj2.2

3
STIPULATION AND ORDER RE: PERMANENT INJUNCTION AND JUDGMENT ON CONSENT

PDF created with pdfFactory trial version www.pdffactory.com