MARK D. MILLER  116349
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiff
RESOURCE LENDERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| RESOURCE LENDERS, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SOURCE SOLUTIONS, INC., a Nevada corporation,<br><br>            Defendant. | Case No.  CIV-F 05-0999 OWW LJO<br><br>**JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO STIPULATION**<br><br>Action Filed: Aug. 3, 2005<br><br>Trial Date:     TBD |

Pursuant to the Stipulation and Order Re: Permanent Injunction and Judgment on Consent entered into by and between the parties hereto, and good cause appearing therefor:

JUDGMENT IS HEREBY ENTERED in favor of plaintiff RESOURCE LENDERS, INC., and against defendant SOURCE SOLUTIONS, INC. as follows:

1.      Defendant SOURCE SOLUTIONS, INC. and its agents, servants, employees, and representatives, and all persons acting in concert or participating with it, are hereby PERMANENTLY restrained and enjoined from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, any use of the designations "RESource" or "R.E.Source" or "R.E.*Source" (where the * is a house or other logo), for any advertising or commercial use of those terms in connection with the real estate loan business; and

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA 93792-9489

1
JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendant SOURCE SOLUTIONS, INC. and its agents, servants, employees, and representatives, and all persons acting in concert or participating with it, are hereby PERMANENTLY restrained and enjoined from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, any use of the designation "Real Estate Source" or any colorable combination of these words, for any advertising or commercial use of that term in connection with the real estate loan business.

3. Defendant SOURCE SOLUTIONS, INC. and its agents, servants, employees, and representatives are hereby authorized to use the designation "Real Estate Solutions" (with or without a house logo) for any advertising or commercial use of that term in connection with the real estate loan business.

4. The January 5, 2006, preliminary injunction and the court's memorandum decision dated December 13, 2005 are hereby incorporated into and made a part of this Judgment and Permanent Injunction.

5. All injunctive and other orders entered in this matter are hereby incorporated into and made a part of this Judgment and Permanent Injunction.

6. The monetary fines and attorney fees totaling $5,478.25 otherwise due from defendant on November 30, 2006 are hereby waived.

7. The $5,000 bond posted by plaintiff is hereby released.

8. Each side shall bear its own attorney fees and costs incurred thus far in this action.

9. The court shall retain jurisdiction to enforce this Judgment and Permanent Injunction.

Dated:  December 5__, 2006

/s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
United States District Court Judge

1004301.judgment.1

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA 93792-9489

2
JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com